LAW OFFICE OF
# YEE LING POON

Glory China Tower
11 East Broadway, 5th Floor
New York, NY 10038



潘 綺 玲 津師 撰

Tel.: (212) 385-4575
Fax: (212) 385-4792

May 20, 2008

United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE:    **Withdrawing Moot Mandamus Action**
              Yun Xiu Huang, et al. v. Mukasey,
              No. 08-cv-3085

To Whom It May Concern:

    On March 25, 2008, we filed a writ of mandamus action regarding the delayed final asylum grants on behalf on three Plaintiffs – Yun Xiu Huang (A95-146-032), Xiu Bin Lin (A76-994-312), and Wen Shou Zheng (A73-051-580). The mandamus action is now moot as the Plaintiffs were recently issued final grants.

    Thank you for your assistance.

                                            Very truly yours,

                                            Yee Ling Poon, Esq.

Cc:
Natasha Oeltjen
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Fl
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-22-08

SO ORDERED. The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.
SO ORDERED.
5-22-08
Date             Victor Marrero, U.S.D.J.